Ex. 4

June 5, 2024 Notice of Docketing

# UNITED STATES DEPARTMENT OF LABOR
## OFFICE OF ADMINISTRATIVE LAW JUDGES
### Washington, DC

_____

**Issue Date: 05 June 2024**

OALJ Case No:  2024-FDA-00020
OSHA Case No.:  301031039

*In the Matter of:*

**DEVAN SLADE**,
    *Complainant,*

    v.

**NORAX LLC d/b/a**
**SOMAFINA NUTRACEUTICAL BUILDERS,**
    *Respondent.*

## NOTICE OF DOCKETING

    On or about February 8, 2024, Complainant filed a complaint with the Department of Labor's Occupational Safety and Health Administration ("OSHA") alleging he was fired after reporting concerns about a potential quality issue with a product delivery, a violation of the employee protection provisions of Section 402 of the Food Safety Modernization Act ("FSMA"), 21 U.S.C. § 399d, and the implementing regulations at 29 C.F.R. Part 1987; and the Consumer Product Safety Improvement Act ("CPSIA"), 15 U.S.C. § 2087, and the implementing regulations at 29 CFR Part 1983.

    OSHA dismissed the complaint by letter dated June 3, 2024.  Complainant, through counsel, has appealed the dismissal and requests a hearing before the Office of Administrative Law Judges ("OALJ"), which docketed the above-referenced case on June 4, 2024.

    It is not yet assigned to a presiding administrative law judge ("ALJ").  A Notice of Hearing and Prehearing Order will be sent to the parties once the matter is assigned to an ALJ. You may track the progress of the case using the Case Status Lookup feature on the OALJ website at https://www.dol.gov/agencies/oalj. Until the case is assigned to a presiding ALJ, questions may be addressed to law clerk Tessa Zavislan at zavislan.tessa.m@dol.gov.

- 2 -

Parties are encouraged to efile with OALJ using DOL's eFile/eServe System ("EFS") at https://www.dol.gov/agencies/oalj/EFS.  A Notice of Appearance is required to use EFS.

In the meantime, if the case is referred for possible mediation or you wish to request mediation or information on the Alternative Dispute Resolution program, the website contains the appropriate forms as well as contact information at https://www.dol.gov/agencies/oalj/mediation.

In addition to any of the rules set forth in the statute or implementing regulations governing this case type, the OALJ Rules of Practice and Procedure apply and can be found on the OALJ website at https://www.dol.gov/agencies/oalj/topics/libraries/LIBRULES.  Unless an exemption applies, the parties are required to make initial disclosures within 21 days of the date of this notice without awaiting a discovery request or discovery order.  *See* 29 C.F.R. § 18.50(c)(1).  **The initial disclosures should not be filed with this office.**

 SO ORDERED.

                                            **STEPHEN R. HENLEY**
                                            Chief Administrative Law Judge

# SERVICE SHEET

Case Name:  **SLADE_v_Norax_LLC_dba_**

Case Number: **2024FDA00020**

Document Title: **NOTICE OF DOCKETING**

I hereby certify that a copy of the above-referenced document was sent to the following this 5th day of June, 2024:

**DELANNIE B. HONESTY**
LEGAL ASSISTANT

OSHA, Whistlebl Director
OSHA.DWPP@dol.gov
Director
Directorate of Whistleblower Protection Programs
U S Department of Labor, OSHA
Room N 4618 FPB
200 CONSTITUTION AVE NW
WASHINGTON DC 20210
   *{Electronic - Regular Email}*

Kit Erickson, Esq.
kit@raposalaw.com
Raposa Law
11576 S. State St., Suite 1102
DRAPER UT 84020
   *{Electronic - Regular Email}*

Hannah Jarrells, Esq.
hjarrells@bakerdonelson.com
Baker Donelson
3414 Peachtree St., NE, Suite 1500
ATLANTA GA 30326
   *{Electronic - Regular Email}*